UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

-----------------------------------------------------------------X

MALIBU MEDIA, LLC,

                Plaintiff,

       vs.

JOHN DOES 1-11,

                Defendants.

-----------------------------------------------------------------X

Civil Action No. 2:12-cv-03141-RBS

**FILED**
OCT 3 2012
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ALL JOHN DOES

**PLEASE TAKE NOTICE**, Plaintiff hereby voluntary dismisses all John Doe Defendants from this action without prejudice. Defendants were issued the IP addresses 68.42.15.220, 68.81.26.243, 68.83.163.238, 71.230.19.133, 98.235.112.137, 98.235.113.143, 64.197.128.146, 71.185.25.108, 98.114.98.251 and 68.214.23.218, respectively. Plaintiff dismisses these Defendants because the period of time for which the Internet Service Providers keeps the data records has elapsed.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

DATED this 2nd day of October, 2012

Respectfully submitted,

FIORE & BARBER, LLC

By: /s/ *Christopher P. Fiore*
Christopher P. Fiore, Esquire
Aman M. Barber, III, Esquire
Attorneys for Plaintiff
425 Main Street, Suite 200
Harleysville, PA 19438
Tel: (215) 256-0205
Fax: (215) 256-9205
Email: cfiore@fiorebarber.com

APPROVED BY THE COURT:

_____
R. BARCLAY SURRICK, J.
10/3/12